# EXHIBIT "E"

# Robson Forensic
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

## PROFESSIONAL EXPERIENCE

2002 to present  **Robson Forensic, Inc.**
*Associate*
Provide technical investigations, analysis, reports, and testimony for failure analysis, and toward the resolution of commercial and personal injury litigation involving the design, construction, operation and maintenance of electrical systems, equipment and devices. Areas of expertise include:

- National Electric Code; Class 1, Division 1 and 2, and Class II Division 1 and 2 spaces, explosion proof, lighting, design, operation, electrician, maintenance.
- National Electrical Safety Code; Power distribution, power lines, towers, 69 kV, substations, 3-phase, transformers, grounding, high voltage switches, lightning protection, metering, fully coordinated circuit protection, conduit, wiring, receptacles, power panels, knob and tube.
- Electrical faults, electrical explosions, arc flashes, lightning damage, workplace safety, and electrical safety tools and equipment.
- Industrial control, programmable logic controllers, computer interface design, facility alarm system, lead/lag boiler control, steam flow control, axis speed control systems, communication protocols, high speed processor control, control system console design.
- Software, assembly language, C++, Visual Basic, RSView32, Wonderware, database, machine programming, Allen-Bradely, Automax, Omron, Modicon.
- Printing press operation, ink blending, viscosity control, solvent recovery, roto-gravure printing press, offset printing press, automated cylinder electroplating, automated conveyor systems, robotics, ink tanks, pumps, scales, register systems, color control, paper expansion and shrink control, bindery equipment, trim collection systems.
- HVAC systems, air conditioners, air handling, heat recovery, boiler systems, deaerators, compressed air systems, exhaust systems, centrifugal and absorption systems, thermal oxidizer systems.
- Fire suppression systems, Cardox, FM200, halon, wet and dry sprinkler systems, fire pump.
- Fire detection and alarm systems, UV, smoke detectors, flow switches, pressure switches, pull stations.
- Devices serviced include: motors, drives, circuit boards, batteries, uninterruptible power supplies, emergency generator, power conditioners, isolated ground systems, power monitors, heaters, traffic signals, rectifiers, gas sample analyzers, solenoid valves, combustion engine controls, burner systems, ovens, after burner systems, switches, relays, analog devices, digital devices, tachometers, encoders, decoders, multiplexers, TTL, CMOS, power supplies, crane controls, hydraulics,

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

DARYL L. EBERSOLE, P.E., CFEI
Electrical Engineer – Industrial, Commercial, Residential

pneumatics, pumps, fans, electrostatic systems, motor controls, variable frequency drives, DC drives, soft starters, forklifts, material handling equipment.

- Switches, limit switches, temperature limits, proximity sensors, fuses, relays, circuit breakers, contacts, contactors, motor starters, motors, drives, power supplies, timers, connectors, splices, strain relief, terminals, terminations, cables, cords, conductors, receptacles, plugs, bus bars.
- Semiconductors, capacitors, M.O.V's (Metal Oxide Varistors), voltage regulators, potentiometers rheostats, thermocouples, RTD's (resistance thermal detectors) strain gages, chips, rectifiers, SCR's (silicon controlled rectifiers), battery chargers.
- Analog transmitters, ultrasonic sensors, inductive sensors, photo-electric devices.
- Appliances serviced include: ranges, dishwashers, water heaters, toasters, refrigerators, televisions, computers.
- Electrocution and electrical shock injuries.
- Electrical causes of fires.
- Video and audio recording equipment, software, and motion analyses.

2002 to present  **Fournier Robson, LLC**
*Consulting Engineer*
Provide designs for power distribution systems, fire alarm systems, emergency power systems and isolated grounding systems. Provide technical analysis and write technical documents. Provide analysis of standards. Provide design of power distribution, circuit breaker, audio system, and control system enclosures. Provide Failure Modes and Effects Analysis (FMEA).

2002 to present  **Ebersole Engineering**, Lancaster, PA
*Electrical Engineering*
Provide engineering services including printing control systems, automation, industrial controller programming, custom software, automated data collection and reporting, hardware design, facility systems, solar systems, and power distribution. Control systems for electroplating operations. Substation design, boiler lead/lag and compressor lead/lag control, steam flow control, solvent storage level control and pumping systems. Manage recalls and service bulletins. Provide custom digital video recording and editing. Video and audio enhancement.

Electrical system coordination studies, short circuit analysis studies, steam pressure reducing stations, material handling, electronic drive systems, printing press control systems, Programmable Logic Controllers (PLC's), roll delivery, pollution control systems, regenerative thermal oxidizers(RTO's), Modular Thermal Oxidizers (MTO's), condensers, chillers, liquid flow control, pumps and controls, level, temperature, pressure, and flow sensors, design of communication networks, Ethernet,

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

ControlNet, Profibus, data highway plus, interface devices, analog I/O, deaerators, condensate handling, water storage and transfer, automated crane controls, light curtains, safety guard systems, continuous emission monitoring systems, air compressors, air dryers, solvent meters, steam meters, gas meters, air flow meters, gas concentration analyzers, carbon adsorption systems, cooling towers, HVAC systems, air handlers, roof top units, fire alarm systems, fire suppression systems, cardox systems, $CO_2$ Systems, conveyor systems, trim collection systems, cyclone systems, dust collection systems, cylinder delivery systems, power monitors, power distribution, positioning systems, touchscreens, Human Machine Interfaces (HMI's), bindery systems, stitcher lines, barcode systems, lighting energy codes and standards, and construction management.

**2008 to 2010**   **Lancaster County Career and Technology Center**
*Instructor*
Provide training for electricians and electronic technicians in the mechanical and electrical laboratory. Training for the electrical industry including safety, industrial, commercial, and residential.

**1995 to 2003**   **Quebecor World**, Atglen, PA
*Electrical Engineer, Building and Equipment*
Provide a full range of electrical engineering services for a 500,000 square feet, 400 employee printing facility to include the construction and maintenance of electrical systems. Manage projects and utility contract negotiations. Engineering designs for an $89 million-dollar plant expansion including the addition of a 3.5 meter roto-gravure printing press and two offset printing presses. Various discipline responsibilities including HVAC, plumbing and fire protection. Manage internal and external resources involved in projects and installations. Supervise and coordinate the activities of 4 electronic technicians conducting experiments in the electronics laboratory. High speed scanning systems. Video and audio recording equipment, software, and motion analyses.

**1986 to 1995**   **R.R. Donnelley & Sons**, Lancaster, PA
*Electrical Projects in the Engineering Department*                   1994-1995
Printing unit addition for special colors on an offset printing press. Automated electro-plating line for cylinder engraving department.

*Electrical Maintenance Shop Coordinator*                              1992-1994
Coordinated 13 maintenance electricians and 3 electronic technicians. Supervised and scheduled these resources for a 24-hour operation. Provided technical support as needed. Estimated costs and suggested enhancements.

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

*Maintenance Electrician*     1986-1992
Performed failure analysis, implemented and serviced various electrical devices that use the lowest DC voltage levels to 3-phase systems of AC up to 69 kV. Completed an apprenticeship through textbook study, written examination, and practical experience, and advanced to Journeyman Electrician.

1983 to 1986  **Dart Container Corporation**, Leola, PA
*Electro-mechanical maintenance*
Specialized maintenance on foam cup automated inspection machines. Electrical and mechanical installations. Chain, sprockets, welding, pipe fitting, servicing, adjustments, lubrication, machine timing, photo-cells, solenoids, valves, contactors, relays, wiring, controls, sheet metal and part fabrication, rebuilding, painting, high voltage static eliminators, vacuum systems, power distribution, and pneumatic systems.

1981 to 1983  **Conestoga Country Kitchens**, Lancaster, PA
*Kitchen Cabinet Installer*
Installed kitchen cabinets, bath vanities, counter tops, and vent systems.

## PROFESSIONAL CREDENTIALS

Professional Engineer: NCEES, Pennsylvania, Maryland, Ohio, South Carolina, District of Columbia, Florida, Connecticut, Louisiana, Delaware, New Jersey, Virginia, Mississippi, West Virginia, Nevada, New York, Illinois

Certified Fire and Explosion Investigator (CFEI)

## EDUCATION

Bachelor of Science in Electrical Engineering, Drexel University, 1997

*Continuing Education*:
National Fire, Arson, & Explosion Investigation Training Program, NAFI, 2012
CED – Engineering – Introduction to Solid State Semiconductors, August, 2011
NSPE – Winning QBS Strategies for Powerful Project Interviews, July, 2011NSPE – A Sustainable Approach to Planning and Design, July, 2011
NSPE – Solving the Risks in Green Design, July, 2011
NSPE – Qualification Based Selection Process Under Attack, July, 2011
NSPE – The New Ethics and Compliance Rules for Contractors, July, 2011
Penn State York, Advanced Induction Motor Principles, July, 2011
NSPE – Negotiation for Success, July, 2011

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

## DARYL L. EBERSOLE, P.E., CFEI
### Electrical Engineer – Industrial, Commercial, Residential

NSPE – How to Start Your Own Engineering Firm, July, 2011
NSPE – Ethics Forum – Access to Client Information, July, 2011
NSPE – Ethical Engineering Concepts and Challenges, July, 2011
NSPE – Engineering Leadership – What, Why and How, July, 2011
NSPE – Comparing Contract Documents, July, 2011
NSPE – Duty to Report, July, 2011
NSPE – Communicating Technical Ideas Persuasively, July, 2011
NSPE – Advanced Robotics, July, 2011
PSPE – Robotic Applications, July, 2011
PSPE – Introduction to Robotics, July, 2011
NSPE – Ethics Forum - Ethical Engineering and Fair Trade - Ethics of Agreements, January, 2011
NSPE – Ethics Forum - Ethical Engineering and Fair Trade - Employment Practices, October, 2010
PSPE – The Integrated Design Process, September, 2010
Lancaster County Industrial Safety Council, Electrical Safety
Millersville University, Digital Electronics, Linear Electronics
Stevens Trade School, Transistors
Harrisburg Area Community College, Access 97
Rockwell, DC Drive Training
Rockwell, Vector Control AC Drive
Rockwell, Automax Network
Wonderware, In-Touch Comprehensive
Yesco, Visual Basic
Lancaster County Industrial Safety Council, NFPA 70E

## PROFESSIONAL MEMBERSHIPS

National Association of Fire Investigators
National Fire Protection Association (NFPA)
National Society of Professional Engineers
Pennsylvania Society of Professional Engineers
Lincoln Chapter of Professional Engineers
Institute of Electrical and Electronics Engineers
Underwriters Laboratories (UL) Standards Technical Panel for Wire Connectors, UL 486A-E
Pennsylvania Association of Arson Investigators (PAAI) – Associate Member

**Robson Forensic**
Engineers, Architects, Scientists & Fire Investigators

DARYL L. EBERSOLE, P.E., CFEI
Electrical Engineer – Industrial, Commercial, Residential

## PRESENTATIONS

HVAC Equipment and Electrical Investigation for the Pennsylvania Association of Arson Investigators (PAAI), January 2008
OSHA Training Course, April 2006
Engineering Course, May 2002, 2004, 2006
Fire/Explosion Origin and Cause Investigation Course, July 2006

## VOLUNTEER ACTIVITIES

Board of Directors Member – Neighborhood Services, 2012-present
Neighborhood Services is a non-profit United Way agency. Board of Director membership is a volunteer position. Jointly with other board members direct and manage staff activities and staff levels including operations and financial group.